# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2472

_____

Jeffery K. Caswell; Victoria     *
Caswell; Russ Dreyer, on behalf of    *
themselves and others similarly     *
situated,     *

             *   Appeal from the United States
       Appellants,    *   District Court for the
             *   District of Minnesota.
    v.     *

             *   [UNPUBLISHED]
City of Bloomington,    *
             *
       Appellee.    *

_____

Submitted: December 11, 2006
Filed: January 26, 2007

_____

Before LOKEN, Chief Judge, MURPHY and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jeffery K. Caswell, Victoria Caswell, and Russ Dreyer appeal the district court's[1] adverse grant of summary judgment in their action challenging a City of Bloomington zoning ordinance regulating the land use around a newly constructed runway at the Minneapolis-St. Paul International Airport. Having carefully reviewed

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

the record, <u>see</u> <u>Advantage Media, L.L.C. v. City of Eden Prairie</u>, 456 F.3d 793, 798 (8th Cir. 2006) (de novo standard of review), we agree with the district court's well-reasoned opinion that, due to the lack of redressability, the appellants lack standing in this matter.  <u>See</u> <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555, 560-61 (1992) (to establish standing, plaintiff must demonstrate, *inter alia*, the likelihood that a favorable decision by the court will redress the alleged injury); <u>Planned Parenthood of Mid-Mo. & E. Kan., Inc. v. Ehlmann</u>, 137 F.3d 573, 577 (8th Cir. 1998) (to establish redressability, plaintiff must make more than "merely speculative" showing that court can grant relief to injury).

  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____